BEFORE THE SECOND DIVISION, SEPTEMBER 3, 1959

**No. 63322.**—W. A. Lee Co. *v.* United States, protest 58/16944 (New York).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the article in question is chiefly used for agricultural purposes and that it is not specified by name in any of the dutiable provisions of the tariff act or in any modification thereof, the claim of the plaintiff was sustained.

SEPTEMBER 3, 1959

**No. 63323.**—SUIT 4938.—Bercut-Vandervoort & Co., Inc *v.* United States.—

(Appeal dismissed June 24, 1959.)